# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MALIKAH LEWIS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> MEDASSETS NET REVENUE SYSTEMS, LLC, ) <br> ) <br>     Defendant. ) | **Case No. 3:11-cv-0837** <br> **Judge Trauger** |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Defendant/Counter-Plaintiff's Motion for Summary Judgment (Docket No. 17) is **GRANTED** in part and **DENIED** in part. The defendant's motion for summary judgment as to the plaintiff's failure to promote and disparate treatment claims is **GRANTED** and the plaintiff's Complaint is accordingly **DISMISSED**. The defendant's motion as to its breach of contract counterclaim is **DENIED**. Instead, summary judgment is **GRANTED** to the plaintiff and the breach of contract counterclaim is accordingly **DISMISSED**.

The defendant's motion for summary judgment as to its unjust enrichment counterclaim is **GRANTED**. The defendant has until August 6, 2012 to file an affidavit and documentation supporting the amount it seeks in this counterclaim. The plaintiff shall file any objection to the amount claimed by the defendant by August 16, 2012, after which the court will enter its judgment.

The pretrial conference and trial previously set for this matter are hereby **CANCELLED.**

It is so Ordered.

1

Enter this 26th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge